## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al*.,

                Defendants.

Case No. 25-cv-3005 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for a preliminary injunction and a section 705 stay, ECF 3, is **GRANTED**. Defendants' motion to dismiss, ECF 35, is **DENIED in part and DEFERRED in part**.

It is hereby **ORDERED** that the DOD Defendants are **ENJOINED** from deploying or requesting the deployment of any members of the National Guard in the District of Columbia pursuant to the following:

- Letter from Secretary of the Army Daniel Driscoll to Brigadier General Leland Blanchard, Commanding General, District of Columbia National Guard (DCNG) (Aug. 11, 2025);

- DCNG Permanent Order 25-223;

- Memorandum for Interim Commanding General, DCNG, Re: Extension of 11 August 2025, Mobilization of D.C. National Guard – JTF-DC (Sept. 3, 2025);

- Any guidance, regulations, or orders that effectuate the extension of the DCNG's deployment through February 28, 2026;

1

- Any Memorandum of Understanding executed between the DCNG and another state in support of Operation Make DC Safe and Beautiful;

- Any extensions, modifications, or other actions implementing these orders, regulations, or memoranda; and it is further

**ORDERED** that these orders, regulations, and memoranda are **STAYED** pursuant to 5 U.S.C. § 705; and it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2) and 5 U.S.C. §§ 705 and 706.

Defendants' motion for relief from Local Civil Rule 7(n)(1)'s requirement to file a certified list of the contents of the administrative record, ECF 35-1 at 26 n.10, is **GRANTED**.

Defendants' request to administratively stay preliminary relief, ECF 35-1 at 53, is **GRANTED**. This Order is **STAYED** for 21 days until December 11, 2025.

    **SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: November 20, 2025

2